unanimously affirmed, with costs to respondent to abide the event. No opinion. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

GERARD GEARITY, an Infant, by JOHN GEARITY, His Guardian ad Litem, Appellant, v. WESTCOTT EXPRESS COMPANY, Respondent.— Order setting aside verdict and granting a new trial unanimously affirmed, with costs to respondent to abide the event. No opinion. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

ANNIE M. GERAGHTY, Respondent, v. RYE BEACH CLUB and RYE CONSTRUCTION COMPANY, INC., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Kelly and Jaycox, JJ.

In the Matter of the Application of BRONX PARKWAY COMMISSION, Respondent, to Acquire Title to Lands of THOMAS H. HOWITT and Others. THOMAS H. HOWITT, Appellant.— Order confirming report of commissioners of appraisal affirmed, with ten dollars costs and disbursements. Order denying motion to return report to commissioners for amendment and findings of fact and conclusions of law affirmed, with ten dollars costs. No opinion. Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ., concur.

In the Matter of the Proposed Probate of a Written Instrument Purporting to Be the Last Will and Testament of JOHANNA B. HAUER, Deceased, Late of the Borough of Brooklyn, Kings County, New York. JULIUS M. HAUER, Appellant; SAMUEL W. HAUER and Others, Respondents.— Decree of the Surrogate's Court of Kings county reversed, and new trial granted, with costs to abide the event, on the ground that the verdict of the jury and the decision of the learned surrogate are against the weight of the evidence. Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ., concur.

In the Matter of the Petition of DONALD MACKINNON to Be Admitted a Citizen of the United States of America.—A master of vessels sailing under foreign flags is to some extent acting under the laws of and subject to officials of a foreign country. Hence, the five years' residence necessary for naturalization cannot be computed from sea service on foreign vessels even if the applicant's wife and children reside in this country. Order affirmed, without costs. Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ., concur.

MARY E. JENKINS, Appellant, v. CHRISTOPHER C. MOLLENHAUER, Receiver of the Real Property Formerly Owned by JOHN G. JENKINS, Late of the County of Nassau, Deceased, Respondent.— Order reversed, with ten dollars costs and disbursements. Plaintiff's default in not opposing the motion and order of November 26, 1919, opened, on her payment of twenty-five dollars costs, upon which such order should be modified so as to direct an ascertainment of the gross sum to which plaintiff should be entitled in discharge and satisfaction of her claims for dower. Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ., concur.

HAGOP JIZMEJIAN, Appellant, v. MICHAEL J. HAYS, Respondent.— Order of the County Court of Westchester county setting aside verdict and granting new trial unanimously affirmed, with costs to respondent to abide the event. No opinion. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.